FILED

JUN 21 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **NATIVE VILLAGE OF EYAK; et al.**, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> **GARY LOCKE, Secretary of Commerce**, <br><br> Defendant - Appellee. | No. 09-35881 <br><br> D.C. No. 3:98-cv-00365-HRH <br><br> **ORDER** |

**KOZINSKI,** Chief Judge

The February 16, 2011 clerk's order filed by this court is vacated. The argument will take place during the week of September 19, 2011, in San Francisco, California, before the en banc court. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court twenty-five additional paper copies of the original briefs and excerpts of record.